IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.
ADC #93197                                                                    PLAINTIFF

v.                              5:11-cv-194-DPM-JTR

STEPHAINE NORVELL, Gyst House Clerk;
KENDRA D. ARMSTRONG, Parole Officer;
MCMILLER, Parole Officer;
LARRY D. MAY, ADC Chief Deputy Director;
RUBEN L. JOHNSON, Gysty House Office
Worker; KIMBERLY BENSON, Lighthouse
Office Worker; CURTIS MEINZER, Varner
Unit Warden; JIMMY BANKS, Varner Unit
Warden; SMITH, Varner Unit Treatment; and
RAY HOBBS, ADC Director                                                   DEFENDANTS

JUDGMENT

Williams's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2011